JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYLETTE E. B. | Case No. 5:24-cv-01201-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| LELAND DUDEK, | |
| Acting Commissioner of Social Security, Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: February 20, 2025

*Karen E. Scott*
KAREN E. SCOTT
United States Magistrate Judge

1